### 19424. KLEINBERG v. LYONS.

JENKINS, P. J. This is a companion case to *Kleinberg* v. *Lyons*, ante, 774, being a suit by the father of the plaintiff in that case for expenses incurred in treating her injuries, and is controlled by the decision rendered in that case.

*Judgment affirmed. Bell, J., concurs. Stephens, J., dissents.*

DECIDED JUNE 3, 1929.

### 19425. MENDEL v. LYONS.

JENKINS, P. J. This is a companion case to *Kleinberg* v. *Lyons*, ante, 774, being a suit by the child of the tenant who occupied premises leased from Mrs. Lyons, for injuries sustained in the transaction referred to therein, and is controlled by the decision rendered in that case.

*Judgment affirmed. Bell, J., concurs. Stephens, J., dissents.*